# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Justin Dwayne Hill,

   Plaintiff,

v.

Jessica Cordray, et al.,

   Defendants.

No. CV-25-03266-PHX-GMS (MTM)

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Michael T. Morrissey (Doc. 54) regarding Plaintiff's failure to comply with the Court's Order (Doc. 7) in his failure to file a Notice of Substitution providing the actual name of Defendant Unknown Officer #1.  Thereafter the Court issued an Order requiring Plaintiff to show cause why this action should not be dismissed as to the Doe Defendant for failure to comply with the Cout's Order.  (Doc. 36).  Plaintiff has failed to respond to and comply with the Court's Orders.

The R&R recommends that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice as to Defendant Unknown Officer #1 pursuant to Fed. R. Civ. P. 41(b).  No objections were filed.

Because the parties did not file objections, the Court need not review any of the Magistrate Judge's determinations on dispositive matters.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("A party may serve and file objections to the order within 14 days after being served with a copy [of the magistrate's order]. A party may not assign as error a defect in the order not timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Phillips v. GMC*, 289 F.3d 1117, 1120-21 (9th Cir. 2002).

Notwithstanding the absence of an objection, the Court has reviewed the R&R and finds that it is well taken. The Court will accept the R&R and dismiss Plaintiff's Complaint without prejudice as to Defendant Unknown Officer #1. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 54) is accepted.

**IT IS FURTHER ORDERED** that the Clerk of the Court dismiss without prejudice Defendant Unknown Officer #1 pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** in light of the absence of any objections to the R&R, the party's have waived their right to appellate review of this order adopting the Magistrate Judge's Report and Recommendation. *See* Fed. R. Civ. P. 72.

Dated this 27th day of May, 2026.

G. Murray Snow
Senior United States District Judge